UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

FILED
2016 JAN 27  P 12:40
US DISTRICT COURT
HARTFORD CT

WARNING: You cannot use this form to ask the Court to release you from prison, to shorten your sentence, or to give you back good time credits that were taken away. If that is what you want, you must use the forms for a writ of habeas corpus.

CASE NO. 3:16CV120 (VAB)

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Pedro Figueroa 132762

vs.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Correctional Managed Health Care
Dr. Wu
Richard Furey
D.O.C. · Connie Dunen Temple

Rev. 6/30/09

Complete every section and SIGN THE LAST PAGE. The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Assistance at 1-800-301-ILAP (4527). It is a good idea to ask ILAP to review your complaint before you send it to the Court, to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

**A.  JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1. ___✓___ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR   A.D.A.

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

**B.  PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1. First Plaintiff
    a. Full Name: Pedro Figueroa
    b. Inmate Number: 132762
    c. Correctional facility: Osborn C.I., P.O. Box 100, Somers, CT 06071

2. Second Plaintiff
    a. Full Name:
    b. Inmate Number:
    c. Correctional facility:

C.  **DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six people, attach additional pages. Provide items 1, 2, and 3 for each additional defendant.

1. First Defendant
   a. Full Name: Correctional Manager Health Care
   b. Rank or Title: CMHC
   c. Workplace: 263 Farmington Ave, Farmington, CT 06030

2. Second Defendant
   a. Full Name: Doctor Wu
   b. Rank or Title: Medical Director
   c. Workplace: 263 Farmington Ave, Farmington, CT 06030

3. Third Defendant
   a. Full Name: Richard Furey
   b. Rank or Title: Medical Director
   c. Workplace: 335 Bilton Road, P.O. Box 100 Somers, CT 06071

4. Fourth Defendant
   a. Full Name: Semple, Scott
   b. Rank or Title: Commissioner of Corrections
   c. Workplace: 24 Wolcott Hill Road, Wethersfield, CT 06109

5. Fifth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

6. Sixth Defendant
   a. Full Name:
   b. Rank or Title:
   c. Workplace:

Rev. 6/30/09                                3

G.  REQUEST FOR RELIEF

Tell the court what kind of relief you want. Remember: (1) You can only get money damages for mental or emotional injury if you were also physically injured. (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one. (3) You cannot use a Section 1983 or Bivens action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

See Attached

H.  Do you wish to have a jury trial? Yes  X   No ____

I.  DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: Pedro Figueroa

Signed at Osborn Correctional facility (Location) on 1-5-16 (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. The complaint cannot be filed without a signature from each plaintiff.

Rev. 6/30/09                              9

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Pedro Figueroa 132762                                   Civil No. _____

vs

Correctional Managed Health Care
Dr. WU
Richard Furey                                          January 10, 2016
Department of Correction Commissioner Semple

Preliminary Statement

    This is a civil rights action filed by Pedro Figueroa, a state prisoner for damages and injunctive relief under 42 U.S.C. section 1983. The defendants' demonstrated deliberate indifference to plaintiff's serious medical needs by denying the plaintiff the medically necessary formal therapy for his knee after surgery. The defendant's deliberate actions and/or ommissions resulted in the plaintiff being subjected to Cruel and Unusual punishment in violation of the protections guaranteed by the Eighth and Fourteenth Amendments to the U.S. Constitution. And the Americans with Disability ACT.

    Plaintiff maintains that the deprivations and violations of his constitutional rights were carried out pursuant to the rules, regulations, customs, policies, and practices of Correctional Managed Health Care and named defendants, acting under color of state law, Knowingly causing the plaintiff to be deprived his Constitutional rights in order to save money and make a profit.

    Department of Corrections contracted the Univ. of Connecticut to provide Medical care for all inmates. From CMHC, which develops it's own rules, regulations, policies and practices of who will recieve medical treatment within the prison and at Uconn. Within the Contract, the Department of Corrections' states that the Dept of Correction's will pay for any Civil damages awarded to inmates. Releasing Uconn from any wrong doing and/or malpractice giving them a licenses to do wrong. Basically encouraging lack of care in order for Uconn to earn a profit through CMHC remain budget with NO risk of liable for lack of Care.

Plaintiff requests the court to declare the contract between Dept. of Corrections and Univ. of Connecticut to be unconstitutional. To Include the acts and/or omissions by defendants were unconstitutional and by an award of compensatory and punitive damages compensating him for the violations of A.D.A. and constitutional rights and deter defendants from further participation in such unconstitutional acts and/or omissions.

Jurisdiction

The action is brought to remedy the deprivation under color of state law, of rights guaranteed by the Americans with Disability Act, Eighth and Fourteenth Amendments to the United States Constution. The court has jurisdiction over the action pursuant to 42 U.S.C. section 1983 and 28 U.S.C. section 1343(a)(3).

Parties

The plaintiff, Pedro Figueros 5-19-67, is and was at all times mentioned herein, a citizen of Connecticut. He is sentenced to the custody of the Commissioner of the Connecticut Department of Corrections(DOC) and currently housed in Osborn Correctional Institution, his inmate number is 132762. 335 Bilton Road, P.O. Box 100 Somers, Ct 06071

Defendant Medical Director Dr. Wu can be properly served at 263 Farmington Ave, Farmington, Ct 06030. He is being sued in his individual and official capacity.

Defendant Richard Furey can be properly served at 335 Bilton Road, P.O. Box 100 Somers, Ct 06071. He is being sued in his individual and official capacity.

Defendant Correctional Managed Health Care is being sued in official capacity, and under the Americans with Disability act, as well as Department of Corrections.

Facts

1. Correctional Managed Health Care and Department of Corrections contracted together to provide medical care to Connecticut inmates. CMHC is responsible for creating rules, regulations, and practices to provide medical care to inmates for a cost and profit. Within the contract, the Department of Corrections states DOC will pary for

2

all inmate civil lawsuit regardless of the circumstances. Thereby removing any and all liable for malpractice and civil rights violations, and can continue to make a profit while violating inmate's rights.

2. Plaintiff was admitted to Uconn on 11-12-14 for a right knee surgery. Plaintiff was ordered to work with services at the facility and formal physical therapy.

3. Richard Furey states that physical formal therapy is NOT available at Osborn C.I.

4. Plaintiff filed medical Habeas in Rockville Court and was seen by Judge Levine.

5. On 3-11-2015, plaintiff was sent to see Orthopedist at Uconn. Ortho recommended physical therapy to increase strength and improve his knee(ROM) <u>patient would benefit from even One day of physical therapy</u>. Stated by Ortho.

6. On 5-15-15, plaintiff was sent to Orthopedics for noncompliance of physical therapy secondary to poor pain control-patient had decreased ROM secondary to inflammation, ortho recommended physical therapy, stretching and Ibuprofen 800mg on a daily basis. We recommended **Formal physical therapy**.

7. On 9-2-2015, plaintiff wrote medical several requests for formal physical therapy on 9-5-2015, medical responded NO formal physical therapy, while in prison documented in your chart. Ortho, surgeon and other outside doctors can recommend things, but that doesn't mean th doctors have, can or will write the order.

8. Dr. Wu and Richard Furey are assigned to CMHC to provide Medical services to Connecticut inmates. Doctor Wu at Uconn and Richard Furey at Osborn. The direction not to have physical therapy (formal and/or informally) can be in writing or orally under the direction of Dr. Wu.

9. Due to medical Habeas, plaintiff was seen on 12-3-2015 at Uconn for formal physical therapy to increase ROM and strength.

10. Plaintiff went to Uconn for right knee ostearthritis status for total arthroplasty. Recovery from any injury of this type calls for physical therapy, formal therapy, hospitalization and walking aid.

11. As a direct result of Not providing proper medication and poor pain management, and not providing physical therapy of any kind from 11-14-14 to 12-3-2015, the plaintiff experienced pain, discomfort, anxiety, decreased range of motion, inflammation, loss of sleep and his physical well being.

12. Plaintiff has filed grievances for all issues.

13. Through discovery the plaintiff will be able to obtain all URC reports through Counsel of all the inmates that are denied medical services and procedures at Uconn.

Plaintiff requests this court to:

Injunctive relief

a. Order the DOC and CMHC to set up in the gym physical therapy for inmates.

b. Dissolve the contract between DOC and Univ. of Connecticut which releases Uconn from any and all civil liable, this is unconstitutional on it's face, to release someone of all and any civil rights violations.

A. Compensatory damage in the amount of $50,000.00 against each and every defendant in their individual capacity only.

B. Punitive damage in the amount of $50,000.00 against each and every defendant in their individual capacity only.

C. For violation of the the Americans with Disability ACT $75,000.00.

D. Cost of Suit (Attorney Fees)

E. Nominal relief

F. Jury trial demand

G. Any and all other relief this court deems just and right.

*Pedro Figueroa*
Pedro Figueroa
P.O. Box 100
Somers, Ct 06071

Defendant Semple can be properly served at 24 Wolcott Hill Road, Wethersfield Ct 06109.

Defendant Correctional Managed Health Care can be served at Uconn 263 Farmington Ave. Farmington Ct 06030.

DISCHARGE SUMMARY

Patient Name: FIGUEROA, PEDRO

MRN: 9768
Date of Birth: 05/19/1967

Date of Admission: 11/12/2014

Date of Discharge: 11/14/2014

ADMISSION DIAGNOSIS:
Right knee osteoarthritis.

DISCHARGE DIAGNOSES:
Right knee osteoarthritis status post right knee total arthroplasty.

DISCHARGE MEDICATIONS:
Lisinopril/hydrochlorothiazide 10 mg/12.5 mg 1 tab p.o. daily, Tylenol 650 mg p.o. q.6 h., Celebrex 200 mg p.o. daily, Colace 100 mg p.o. b.i.d., OxyContin 20 mg p.o. q.12 h. p.r.n. for pain, Senokot-S 1 tab p.o. at bedtime for constipation, Coumadin 2 mg daily with INR checks per nursing with dosing per the INR, oxycodone 5 mg one to two tabs p.o. q.4 h. p.r.n. for pain.

HOSPITAL COURSE:
Pedro is a 47-year-old gentleman, who presented to John Dempsey Hospital on the above date for his elective right total knee arthroplasty. Although, the procedure went well and the patient did well intraoperatively as well as postoperatively. It did come to light that the patient had violated his parole prior to the procedure. As such, the Hartford Police did in fact arrest Pedro after surgery and he was transferred down to the fifth floor for the remainder of his hospital stay. In regards to his surgery, the patient is doing well. The patient did have some pain issues postoperatively; however, he is subjectively improving. The patient did ambulate appropriately with Physical Therapy on postop day #1. The patient is receiving his appropriate DVT prophylaxis in the form of Coumadin, his current INR is 1.6. The patient received his appropriate postoperative antibiotics in the form of Ancef. The patient's dressing was changed and incision is clean, dry, and intact today. The patient has been afebrile throughout his hospital stay. The patient's Foley was discontinued yesterday and he is voiding appropriately. Currently, the patient is tolerating regular diet. His pain is controlled. He is stable from an orthopedic standpoint, deemed appropriate for discharge.

DISCHARGE INSTRUCTIONS:
This is a 47-year-old gentleman, who is postop day #2, status post right total knee arthroplasty. Our discharge instructions are as follows:
1. The patient can be weightbearing as tolerated in his right knee. He is to keep a towel under his ankle while he is in bed to keep his knee totally straight.
2. The patient should get up in and out of bed and work with services at the facility to encourage range of motion and

ambulation.
3. The patient should continue to take his Coumadin at the facility for DVT prophylaxis, with INR checks per the nursing staff daily with dosing of the Coumadin accordingly. The goal INR is around 2.0.

The patient should follow up on the fifth floor at John Dempsey Hospital within 10 to 14 days from surgery. He is to continue with dry sterile dressings to that knee wound with a compressive Ace wrap until his first follow up. This is discussed with my attending Dr. Roy Beebe, the above plan agreed upon. It has been my pleasure to taking part in the care of this patient.

_____Date_____Time_____
Roy D. Beebe, MD

Dictated By: Michael O'Malley, MD
D:  11/14/2014 06 29 T:  11/14/2014 13 39 Job#:   500682139 104661
Authenticated by ROY D BEEBE MD On 11/18/2014 07:58:30 AM

# University of C Health Center

FIGUEROA, PEDRO
DOB: 05/19/1967
Adm Dt: 12/26/2014

## CORRECTIONAL MANAGED HEALTH CARE

Generated on 12/18/2014 11:25:15 AM

## CONSULTATION FORM

**CMHC URC Requests the Following Service:**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 00132762 | 5/19/1967 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| FIGUEROA, PEDRO | |
| SEX | RACE/ETHNIC | FACILITY |
| M | HISPANIC | OSBORN CI |

| Specialty | Procedure | Treating Facility | TOO# |
|---|---|---|---|
| Orthopedics | Consult - Return Visit | UCHC OPD - Does Not Require NPO Status. | T00009768 |

| Diagnosis | Appt Date |
|---|---|
| Musculoskeletal Issue - Knee | 12/26/2014 9:00:00 AM |

**Summary for consultant:**
Request 2 week Ortho f/u s/p R TKR. Recommended by Ortho (11/28) due to elevated ESR and CRP, in light of prior fever and post-op Abx. Presently afebrile and progressing well, however effusion persists.

**Allergies:** (circle) NKA Yes (List) ___
**Diabetes:** (circle) Yes / No

**Consultant's Brief Summary of Findings/Recommendations to UCHC-CMHC URC and PCP:**

S/P (R) TKA 11/12/14. Pt. continues c effusion (R) knee but improving. No fever/chills. (+) Arom 5-90° from 5-110°. No wound drainage. NVI. Pt. having difficulty c doing therapy due to poor pain control.

11/20/14
ESR = 59
HS-CRP = 11.6

#130818770

12/26/14
Xrays: stable TKA components

**Recommendations:**
DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY CMHC UR. Laboratory testing is available in the Correctional facilities.

- New ESR/CRP
- PT Exercises
- Tramadol 50mg q8h PRN pain
- Repeat ESR/CRP prior to next visit
- Naproxen 500mg BID (MUST TAKE 30 MIN PRIOR TO THERAPY)
- Rolled towel/sheet under heel when in bed to improve extension

**Suggested Follow-up:** Check One Only  ☐ With Facility Staff  ☐ In ~ ___ weeks  ☒ In ~ 2-3 months

Signature: [signature]   PRINT Name: Baldwin   Beeper or Phone: ORTHO   Date: 12/26/14

Attending Signature: D/w De. Mazzocca

Consult Must Be Reviewed/Signed by CMHC Clinician Prior to Filing in Inmate Health Record:
Clinician Name/Title: ___   Date/Time: ___

Finally saw Dr. Wright on 2-5-15, gave me a knee brace + prescribed pain meds Ty and I still my therapy.



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Pedro Figueroa
Inmate number: 132762
Facility/Unit: OCI.
Housing unit: H-66
Date: 9-1-15
Submitted to: Medical.

Request: I had a totall (R) knee replacement on Nov. 12th 2014 and have seen the orthopidics surgeons at Uconn numereous of times they have ordered for me to have formal physical therapy and I have yet to have anything done, can you please explain to me why? Thank you.
Please reply.

continue on back if necessary

Previous action taken:

SEP 02 2015

BY: _____

continue on back if necessary

Acted on by (print name):
Title:

Action taken and/or response:

9/5/15 No formal physical therd/x while in prison documented in your chart. Orthopedic surgeon + other outside doctors can RECOMMEND things, but that doesn't mean the doctors here can or will write the order.

continue on back if necessary

Staff signature:
Date:



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 8/22/13

| Facility/Unit: | Osborn C.I. | Date: | 8-13-15 |
|---|---|---|---|
| Inmate name: | Pedro Figueroa | Inmate number: | 132762 |

### SECTION 1 — SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.    > Refer to Section 2 below

**B.** ☑ **I am requesting a Health Services Review:**  ☐ Diagnosis/Treatment
☒ All Other Health Care Issues    > Complete Section 4 >>>>

**C.** ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.
☐ Disciplinary Action    > Complete Section 3 below
☐ Special Management Decision   ☐ Classification Decision
☐ Media Review Committee Decision   ☐ Furlough Decision
☐ Security Risk Group Designation   ☐ ADA Decision    > Complete Section 4 >>>>
☐ Determination of Grievance Process Abuse   ☐ Rejection of Outside Tapes/CDs
☐ Determination of Retroactive RREC Credits   ☐ Rejection of Correspondence

### SECTION 2 — OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3 — DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

Did you have an advocate?  ☐ yes  ☐ no   If yes, name of advocate:

Did you identify witness(es) to the investigator?  ☐ yes  ☐ no   Did your witness(es) testify?  ☐ yes  ☐ no

Name(s) of any witness(es):

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: | |
|---|---|---|
| | Inmate number: | Housing: |

| SECTION 4 | STATE THE PROBLEM AND REQUESTED RESOLUTION |
|---|---|

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

I had surgery on 11·12·14, and was ordered for an physical therapy several times by consultation of orthopedic at UCONN. This will assist in my recovery. But at time it is hampering my full range of motion.

Inmate signature: Pedro Figueroa    Date: 8·13-15

For all remedies except health services, deposit this form in the **Administrative Remedies box**.
For a health services issue, deposit this form in the **Health Services box**.

| SECTION 5 | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
|---|---|

Date Received: 8-27-15    IGP #: 6441-115-18    T#:

Disposition: Returned without disposition    Date of Disposition: 8-27-15

Reason: If you are having issues with your knee you need to go thru sick call prior to this step.

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature:    Date: 8·27-15



T00009768  Admit# 11523703
FIGUEROA, PEDRO
DOB: 05/19/1967
Adm Dt: 03/11/2015
CONNECTICUT MED
11523703

# University Health Center

## CORRECTIONAL MANAGED HEALTH CARE

Generated on 2/26/2015 9:00:01 AM

## CONSULTATION FORM

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 00132762 | 5/19/1967 |
| INMATE NAME (LAST, FIRST, INITIAL) | |
| FIGUEROA, PEDRO | |
| SEX  RACE/ETHNIC | FACILITY |
| M    HISPANIC | OSBORN CI |

**CMHC URC Requests the Following Service:**

| Specialty | Procedure | Treating Facility | TOO# |
|---|---|---|---|
| Orthopedics | Consult - Return Visit | UCHC OPD - Does Not Require NPO Status | T00009768 |
| Diagnosis | | | Appt Date |
| Musculoskeletal Issue - Knee | | | 3/11/2015 9:00:00 AM |

**Summary for consultant:**
12/26/2014 return visit (Baldwin/Mazzocca; knee issue) s/p R TKA 11/12/14. Patient continues effusion R knee but improving. No fever/chills. No wound drainage. NVI. Patient having difficulty with doing therapy due to poor pain control. RECC: Labs per consult. PT exercises. Meds per consult. RECC: 2-3 month follow up

Allergies: (circle) NKA Yes (List)_____   Diabetes:(circle) Yes  No

**Consultant's Brief Summary of Findings/Recommendations to UCHC-CMHC URC and PCP:**

Pt seen c repeats of R knee pain & decreased motion. Pt was evaluated & had R knee ROM 5-100°. Pt was shown stretching exercises to help increase his motion. Pt states he has not been getting physical therapy at correctional facility. His x-rays from 3/5/15 show good position of R total knee arthroplasty components. Labs are unremarkable and inflammatory markers are down trending. No concern for acute infection currently. Etiology of R knee pain & limited ROM is likely related to inflammation & deconditioning.

Plan: 
1. Ibuprofen 800mg - 1 tab PO three times a day
2. Recommend Physical Therapy to increase strength and improve his knee ROM. Patient would benefit from every 1 day of physical therapy.
3. Continue stretching exercises as shown during exam
4. Recommend followup with orthopaedics in 2 months

**Recommendations:** DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY CMHC UR. Laboratory testing is available in the Correctional facilities

Suggested Follow-up*: Check One Only  ☑ With Facility Staff   ☐ In ~___ weeks   ☐ In ~ 2 months
*Specify only follow-up that can't be done in the DOC facilities, which have staff in general medicine, infectious disease, psychiatry, optometry, dentistry, OMFS, OB-GYN, and podiatry.

Signature: _[signature]_
PRINT Name: HARDEEP SINGH MD
Beeper or Phone: 588-6818
Date: 3/11/15

Attending Signature: _[signature]_

Consult Must Be Reviewed/Signed by CMHC Clinician Prior to Filing In Inmate Health Record:

Clinician Name/Title: _[signature]_
Date/Time: 3/12/15

#4130985550

University Health Ce[nter]
CORRECTIONAL MANA[GEMENT]

T00009768
Admit# 11698105
FIGUEROA, PEDRO                MW
DOB: 05/19/1967
Adm Dt: 05/15/2015
11698105

Generated on 4/30/2015 12:50:45 PM

## CONSULTATION FORM

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 00132762 | 5/19/1967 |
| INMATE NAME (LAST,FIRST,INITIAL) | |
| FIGUEROA,PEDRO | |

**CMHC URC Requests the Following Service:**

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M | HISPANIC | OSBORN CI |

| Specialty | Procedure | Treating Facility | TOO# |
|---|---|---|---|
| Orthopedics | Consult - Post Op | UCHC OPD - Does Not Require NPO Status | T00009768 |

| Diagnosis | Appt Date |
|---|---|
| Musculoskeletal Issue - Knee | 5/15/2015 9:00:00 AM |

**Summary for consultant:**
tkr 11/14. returned to ortho on 12/26/14 for followup with effusion and non compliance of physical therapy seconday to poor pain control. during that visit the pateint had decreased rom secondary to inflammation of the knee. ortho recommended physical therapy, stretching and ibuprofen 800 po tid on a daily basis. ortho requested a follow up visit in 2 monthsto rexamine the patient and evaluate the surgical outcome including pain level, effusion, strength and range of motion.

Allergies: (circle) NKA / Yes (List)_____    Diabetes: (circle) Yes / No

**Consultant's Brief Summary of Findings/Recommendations to UCHC-CMHC URC and PCP:**

5/11

Reports his pain from before surgery is gone. He has difficulty with working on range of motion because he does not have PT in jail.

PE:  ® knee ROM -5 to 90°
     4/5 quad strength
     - NVI
     incision well healed

XRAY  no evidence of loosening
      hardware in good position

**Recommendations:** DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY CMHC UR. Laboratory testing is available in the Correctional facilities

His ROM is improving, but he still has some limitations and weakness. He was shown how to work on improving both strength and ROM today. He recovered formal physical therapy in order to ↑ ROM and strength. (no formal PT in jail)

Suggested Follow-up*: Check One Only  ☐ With Facility Staff   ☐ In ~___ weeks   ☒ In ~ 6 months for 1 yr f/u visit w/a
*Specify only follow-up that can't be done in the DOC facilities, which have staff in general medicine, infectious disease, psychiatry, optometry, dentistry, OMFS, OB-GYN, and podiatry.

Signature: [signed]
PRINT Name: DNSZEY
Beeper or Phone: ORTHO
Date: 5/15/15

Attending Signature: [signed]  5/18/15  → I'll have PT eval.

tele video consult
C DaMazzocca

Consult Must Be Reviewed/Signed by CMHC Clinician Prior to Filing In Inmate Health Record:

Clinician Name/Title: _____  Date/Time: _____

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD**

INMATE NUMBER: 132762
DATE OF BIRTH: 5/19/67
INMATE NAME (LAST, FIRST, INITIAL): Figueroa
SEX: M
RACE/ETHNIC: H
FACILITY: OCI

| DATE / TIME | |
|---|---|
| 11/9/15 11:34 | PT doesn't argue anymore b/c "got no tecled already". If pt did not get patch meds, he just walked always arguing for med lens. Raised [signature] |
| 11/18/15 | 11/18/15 Pt scheduled for today for teleconf. c ortho. [signature] |

# University of Connecticut Health Center

CORRECTIONAL MANAGED HEALTH CARE

Generated on 11/9/2015 1:01:50 PM

**CONSULTATION FORM**

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 00132762 | 5/19/1967 |

| INMATE NAME (LAST, FIRST, INITIAL) | | |
|---|---|---|
| FIGUEROA, PEDRO | | |
| SEX | RACE/ETHNIC | FACILITY |
| M | HISPANIC | OSBORN CI |

**CMHC URC Requests the Following Service:**

| Specialty | Procedure | Treating Facility | TOO# |
|---|---|---|---|
| Therapy - Physical | Consult - Post Op | UCHC OPD - Does Not Require NPO Status. | T00009768 |
| Diagnosis | | | Appt Date |
| Musculoskeletal Issue - Knee | | | 12/3/2015 1:00:00 PM |

**Summary for consultant:**
patient s/p right tkr 11/14. seen by ortho and noted to have a ROM of -5 to 90 degrees and 4/5 strength. Ortho recommends formal physical therapy to increase ROM and strength.

Allergies: (circle) NKA  Yes (List)_____    Diabetes: (circle) Yes  No

**Consultant's Brief Summary of Findings/Recommendations to UCHC-CMHC URC and PCP:**

Pt c̄ -5-90° active knee ext-flex.
R Quads 4-4+ Hams 4+
R hip flexors 5-/5
Ambulates c̄ mild antalgia c̄/s cane

**Recommendations:** DX or THERAPEUTIC PROCEDURES MUST BE PRECERTIFIED AND SCHEDULED BY CMHC UR. Laboratory testing is available in the Correctional facilities

Given written home exercise program
Use cane for 6 more weeks
then D/C

**Suggested Follow-up*: Check One Only**   ☒ With Facility Staff   ☐ In ~____ weeks   ☐ In ~____ months
*Specify only follow-up that can't be done in the DOC facilities, which have staff in general medicine, infectious disease, psychiatry, optometry, dentistry, OMFS, OB-GYN, and podiatry.

Signature: B. Burke PT    PRINT Name: Barbara Burke    Beeper or Phone: 860-679-3961    Date: 12/3/15

Attending Signature: _____

Consult Must Be Reviewed/Signed by CMHC Clinician Prior to Filing In Inmate Health Record:

Clinician Name/Title: [signature]    Date/Time: 12/4/15 0804



# Request for Reasonable Accommodations
## Connecticut Department of Correction

CN 101902
REV 8/1/14

**Facility/Unit:** Osborn C.I.  **Date:** 8-13-15

**Inmate name:** Pedro Figueroa  **Inmate number:** 132762

[ ] I do not request reasonable accommodations.
[X] I request the following reasonable accommodation:

**Reason for accommodation:** Access to Uconn for formal physical therapy due to Right Knee surgery 11-12-14.

**Inmate signature:** Pedro Figueroa  **Date:** 8-13-15

**Assisting staff (if necessary):**

**Health Services Unit verification (use established definitions)**  **Date:** 10-1-15

[ ] Agree  [X] Disagree

**Comments:** The orthopedic specialist at Uconn saw you on 5-15-15 and gave you range of motion exercises to be done in your cell. No PT ordered

**Health services staff name:** Richard Furey  **Title:** HSA
**Health services staff signature:** Richard F.

### RETURN THIS FORM TO THE UNIT ADA COORDINATOR

**REASONABLE ACCOMMODATION DETERMINATION**  **Date:**

The reasonable accommodations requested above have been:

[ ] Approved as requested  [ ] Modified (see comments below)  [ ] Denied (see comments below)

**Comments:**

**Unit Administrator's signature:**  **Date:**